# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:04CR62

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| BETTY ODESSA DOVER ) | |

**THIS MATTER** is before the Court on a letter addressed to the Clerk and filed February 28, 2007, and is construed by the Court as a motion to compel the Government to file a Rule 35 motion on the Defendant's behalf.

Because the Court has no statutory authority or jurisdiction to grant the relief sought,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **DENIED**.

Signed: March 5, 2007

Lacy H. Thornburg
United States District Judge