# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR62

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.              ) | **O R D E R** |
| ) | |
| BETTY ODESSA DOVER ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Defendant was sentenced by the undersigned on December 10, 2004, to a prison term of 120 months for possession with intent to distribute cocaine base. **Judgment in a Criminal Case, filed January 3, 2005.** On April 1, 2009, the Probation Office filed a Supplement to the Defendant's presentence report pursuant to the Crack Cocaine Guideline Amendment. **Supplement to the Presentence Report, filed April 1, 2009.** The Probation Office advises that pursuant to Guidelines § 5G1.1, the sentence imposed may not be below the statutorily required minimum sentence. *Id*. **at 1.** If Amendment 706 had been in place at the time of Defendant's sentence, the guideline range would have been the mandatory

minimum sentence of 120 months; therefore, the new amendment has no effect on the Defendant's sentence. *Id*. Because this recommendation is adverse to the Defendant, the Court will require counsel be appointed to represent the Defendant[1] and appointed counsel shall file an appropriate response.

**IT IS, THEREFORE, ORDERED** that the Federal Defender appoint counsel for the Defendant forthwith.

**IT IS FURTHER ORDERED** that appointed counsel file response to the Supplement to the Presentence Report within 45 days from entry of this Order.

Signed: April 3, 2009

Lacy H. Thornburg
United States District Judge

---

[1] The Court notes the Defendant filed a *pro se* motion for reduction of sentence in February 2008.