**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL NO. 1:04CR62**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **BETTY ODESSA DOVER** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On April 3, 2009, the Court directed counsel be appointed for the Defendant and that counsel file response to the Supplement to the Presentence Report recommending no change in Defendant's sentence under the new amendment to the Guidelines regarding crack cocaine sentences. Although counsel has been appointed, no response has been filed. A review of the Court's docket record indicates that appointed counsel was not served with a copy of the Court's April 3 order. Therefore, counsel will be afforded additional time in which to file response.

**IT IS, THEREFORE, ORDERED** that Defendant's counsel file response as directed by the Court's April 3, 2009, Order, within 15 days from entry of this Order.

Signed: May 20, 2009

Lacy H. Thornburg
United States District Judge