THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:04-cr-00062-MR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| BETTY ODESSA DOVER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Defendant's letter [Doc. 31], which the Court construes as a motion for the early termination of her supervised release and for the restoration of her civil rights.[1]

The Defendant's probation officer and counsel for the Government have advised the Court's chambers that they do not object to the early termination of the Defendant's supervised release. Upon review of the Defendant's Motion, and in light of the consent of the United States Attorney

---

[1] Defendant had previously sent the same letter directly to the chambers of the undersigned, which letter was returned to the Defendant because the Court cannot act upon mere correspondence. [Doc. 31 at 5]. Defendant then simply filed the same letter with the Clerk of this Court as a motion. It is only because of the Court's substantial lenience that this letter was now treated as a motion. Defendant is encouraged to take the Court's direction more seriously in any future actions.

and the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's supervised release is warranted.

To the extent that the Defendant seeks the restoration of her civil rights, however, the motion must be denied. The Court is without jurisdiction to restore the Defendant's civil rights under federal law. See generally Beecham v. United States, 511 U.S. 368, 373 (1994).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's letter [Doc. 31], which the Court construes as a motion, is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the Defendant's motion is **GRANTED** to the extent that the Defendant's term of supervised release in the above-referenced action is hereby terminated. In all other respects, the Defendant's motion is **DENIED**.

The Clerk of Court is respectfully directed to provide a copy of this Order to the Defendant, counsel for the Government, and the U.S. Probation Office.

**IT IS SO ORDERED.**

Signed: November 17, 2017

Martin Reidinger
United States District Judge